**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ELIAS MELERO GARCIA,

Petitioner,

v.

UNITED STATES
OF AMERICA, (I.N.S.),

Respondent.

Civil No. 01-2162 (PAM/AJB)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, an inmate at the Minnesota Correctional Facility in Faribault, Minnesota, has filed an AMENDED PETITION, (Docket No. 3), seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that the Respondent, the United States Immigration and Naturalization Service, has entered a deportation order against him, in violation of his rights under federal law and the Constitution. He is seeking a writ of habeas corpus that would vacate Respondent's deportation order.

Respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true reason(s) for Petitioner's confinement and expected deportation, and shall show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement and expected deportation in light of the issues raised in the Amended Petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position, which shall include a recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the Amended Petition, in light of the requirements of statutes and other pertinent

JAN 2 2 2002
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

authority; and

3. Certified copies of all court documents, administrative records, or other written materials that are germane to the issues raised in the Amended Petition.

The Court will entertain a motion to grant the relief requested in the Amended Petition if the written return contemplated by this Order is not timely filed.

Dated: January 22, 2002

Arthur J. Boylan
United States Magistrate Judge